# EXHIBIT A-1



# Invoice

| DATE | INVOICE NO. |
|---|---|
| 3/2/2012 | 1580 |

100 Congress Avenue  
Suite 1530  
Austin, TX 78701-4042  

Tel: (512) 288-3200  
Fax: (512) 288-3202  
www.willi.com

  

**PAID**

**BILL TO**

Liveline Solutions, Inc.  
Nathan Ewert  
4611 Glenmore Rd.  
Abbotsford, BC V4X 1X6  
Canada

| TERMS | DUE DATE | PROJECT |
|---|---|---|
| Due on receipt | 3/2/2012 | |

| DATE | DESCRIPTION | HOURS | U/M | RATE | AMOUNT |
|---|---|---|---|---|---|
| ■ | ■ | ■ | | ■ | ■ |
| ■ | ■ | ■ | | ■ | ■ |
| ■ | ■ | ■ | | ■ | ■ |

Please provide payment by wire transfer. Thank you for your business!

**Total**

**Payments/Credits** **Balance Due** **Job Total Balance**

Page 1



**WILLI LAW FIRM**

100 Congress Avenue  Tel: (512) 288-3200
Suite 1530  Fax: (512) 288-3202
Austin, TX 78701-4042  www.willi.com

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 3/2/2012 | 1580 |

  

**PAID**

| BILL TO |
|---|
| Liveline Solutions, Inc.<br>Nathan Ewert<br>4611 Glenmore Rd.<br>Abbotsford, BC V4X 1X6<br>Canada |

| TERMS | DUE DATE | PROJECT |
|---|---|---|
| Due on receipt | 3/2/2012 | |

| DATE | DESCRIPTION | HOURS | U/M | RATE | AMOUNT |
|---|---|---|---|---|---|
| ███ | ███ | ███ | | ███ | ███ |
| 2/21/2012 | TJW - Review documents produced by Plaintiffs last week in response to demand for supplements to discovery; draft e-mail to opposing counsel stating additional deficiencies in Plaintiffs' production; legal research on sufficiency of Plaintiffs' verification based upon information and belief; ███ | ~~5.1~~ 4.1 | | 350.00 | ~~1,785.00~~ 1,435 |

Please provide payment by wire transfer. Thank you for your business!

**Total**

**Payments/Credits**   **Balance Due**   **Job Total Balance**



# WILLI LAW FIRM

100 Congress Avenue  Tel: (512) 288-3200
Suite 1530  Fax: (512) 288-3202
Austin, TX 78701-4042  www.willi.com

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 3/2/2012 | 1580 |

  

PAID

### BILL TO
Liveline Solutions, Inc.
Nathan Ewert
4611 Glenmore Rd.
Abbotsford, BC V4X 1X6
Canada

| TERMS | DUE DATE | PROJECT |
|---|---|---|
| Due on receipt | 3/2/2012 | |

| DATE | DESCRIPTION | HOURS | U/M | RATE | AMOUNT |
|---|---|---|---|---|---|
| ███ | ██████ | █ | | ██ | ██ |
| ███ | ██████ | █ | | ██ | ██ |
| ███ | ██████ | █ | | ██ | ██ |
| 2/29/2012 | TJW - Continue review and categorizing of additional documents produced by Plaintiffs this week; prepare comments to show changes made in Plaintiffs' amended discovery responses; continue drafting letter to opposing counsel on all of the problems with Plaintiffs responses to discovery; continue work on motion to compel. | 4.3 | | 350.00 | 1,505.00 |
| ███ | ██████ | | | ██ | ██ |

Please provide payment by wire transfer. Thank you for your business!

**Total**

| **Payments/Credits** | **Balance Due** | **Job Total Balance** |
|---|---|---|



# WILLI LAW FIRM

100 Congress Avenue  Tel: (512) 288-3200
Suite 1530  Fax: (512) 288-3202
Austin, TX 78701-4042  www.willi.com

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 3/2/2012 | 1580 |

  

**PAID**

| BILL TO |
|---|
| Liveline Solutions, Inc.<br>Nathan Ewert<br>4611 Glenmore Rd.<br>Abbotsford, BC V4X 1X6<br>Canada |

| TERMS | DUE DATE | PROJECT |
|---|---|---|
| Due on receipt | 3/2/2012 | |

| DATE | DESCRIPTION | HOURS | U/M | RATE | AMOUNT |
|---|---|---|---|---|---|
| | ███████████ | | | | ██ |

Please provide payment by wire transfer. Thank you for your business!

**Total** ██

**Payments/Credits** $██  **Balance Due** $0.00  **Job Total Balance** $██



**WILLI** LAW FIRM

100 Congress Avenue  
Suite 1530  
Austin, TX 78701-4042

Tel: (512) 288-3200  
Fax: (512) 288-3202  
www.willi.com

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 3/16/2012 | 1586 |

  

PAID

| BILL TO |
|---|
| Liveline Solutions, Inc.<br>Nathan Ewert<br>4611 Glenmore Rd.<br>Abbotsford, BC V4X 1X6<br>Canada |

| TERMS | DUE DATE | PROJECT |
|---|---|---|
| Due on receipt | 3/16/2012 | |

| DATE | DESCRIPTION | HOURS | U/M | RATE | AMOUNT |
|---|---|---|---|---|---|
| 3/1/2012 | TJW - Review documents produced recently by Plaintiffs and amended responses to discovery; review and revise letter to opposing counsel on outstanding discovery issues to schedule a time to meet and confer; ▮▮▮ | ~~7.3~~<br>6.3 | | 350.00 | ~~2,555.00~~<br>2,205 |
| 3/5/2012 | TJW - Review file to prepare for formal meet and confer on outstanding discovery issues; discussion with clients on case status; attend telephone conference with opposing counsel on outstanding discovery issues; draft letter to opposing counsel confirming discussions. | 2.8 | | 350.00 | 980.00 |

Please provide payment by wire transfer. Thank you for your business!

**Total**

| **Payments/Credits** | **Balance Due** | **Job Total Balance** |
|---|---|---|



# Invoice

| 100 Congress Avenue | Tel: (512) 288-3200 |
| Suite 1530 | Fax: (512) 288-3202 |
| Austin, TX 78701-4042 | www.willi.com |

| DATE | INVOICE NO. |
|---|---|
| 3/16/2012 | 1586 |

  

**BILL TO**

Liveline Solutions, Inc.
Nathan Ewert
4611 Glenmore Rd.
Abbotsford, BC V4X 1X6
Canada

PAID

| TERMS | DUE DATE | PROJECT |
|---|---|---|
| Due on receipt | 3/16/2012 | |

| DATE | DESCRIPTION | HOURS | U/M | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | | | | |

Please provide payment by wire transfer. Thank you for your business!

**Total**

**Payments/Credits**     **Balance Due**     **Job Total Balance**


# Invoice

100 Congress Avenue  Tel: (512) 288-3200
Suite 1530  Fax: (512) 288-3202
Austin, TX 78701-4042  www.willi.com

| DATE | INVOICE NO. |
|---|---|
| 3/16/2012 | 1586 |

  

**PAID**

| BILL TO |
|---|
| Liveline Solutions, Inc.<br>Nathan Ewert<br>4611 Glenmore Rd.<br>Abbotsford, BC V4X 1X6<br>Canada |

| TERMS | DUE DATE | PROJECT |
|---|---|---|
| Due on receipt | 3/16/2012 | |

| DATE | DESCRIPTION | HOURS | U/M | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | | | | |

Please provide payment by wire transfer. Thank you for your business!

**Total**

**Payments/Credits**  **Balance Due**  **Job Total Balance**



100 Congress Avenue  Tel: (512) 288-3200
Suite 1530           Fax: (512) 288-3202
Austin, TX 78701-4042   www.willi.com

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 3/16/2012 | 1586 |

  

PAID

| BILL TO |
|---|
| Liveline Solutions, Inc.<br>Nathan Ewert<br>4611 Glenmore Rd.<br>Abbotsford, BC V4X 1X6<br>Canada |

| TERMS | DUE DATE | PROJECT |
|---|---|---|
| Due on receipt | 3/16/2012 | |

| DATE | DESCRIPTION | HOURS | U/M | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | | | | |

Please provide payment by wire transfer. Thank you for your business!

**Total**

**Payments/Credits**     **Balance Due**     **Job Total Balance**



**WILLI LAW FIRM**

100 Congress Avenue  
Suite 1530  
Austin, TX 78701-4042

Tel: (512) 288-3200  
Fax: (512) 288-3202  
www.willi.com

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 3/16/2012 | 1586 |

  

**PAID**

| BILL TO |
|---|
| Liveline Solutions, Inc.<br>Nathan Ewert<br>4611 Glenmore Rd.<br>Abbotsford, BC V4X 1X6<br>Canada |

| TERMS | DUE DATE | PROJECT |
|---|---|---|
| Due on receipt | 3/16/2012 | |

| DATE | DESCRIPTION | HOURS | U/M | RATE | AMOUNT |
|---|---|---|---|---|---|
| 3/15/2012 | TJW - Review e-mails from opposing counsel on outstanding discovery issues; legal research and continue drafting motion to compel on outstanding discovery issues; draft declaration of Tracy J. Willi in support of new motion to compel. | 3.2 | | 350.00 | 1,120.00 |
| ■ | ■ | | | ■ | ■ |
| ■ | ■ | | | ■ | ■ |
| ■ | ■ | | | ■ | ■ |
| | | | | | ■ |

Please provide payment by wire transfer. Thank you for your business!

**Total** ■

**Payments/Credits** $■     **Balance Due** ■     **Job Total Balance** ■



# Invoice

100 Congress Avenue  Tel: (512) 288-3200
Suite 1530  Fax: (512) 288-3202
Austin, TX 78701-4042  www.willi.com

| DATE | INVOICE NO. |
|---|---|
| 4/2/2012 | 1593 |

  

| BILL TO |
|---|
| Liveline Solutions, Inc.<br>Nathan Ewert<br>4611 Glenmore Rd.<br>Abbotsford, BC V4X 1X6<br>Canada |

| TERMS | DUE DATE | PROJECT |
|---|---|---|
| Due on receipt | 4/2/2012 | |

| DATE | DESCRIPTION | HOURS | U/M | RATE | AMOUNT |
|---|---|---|---|---|---|
| ▇ | ▇ | ▇ | | ▇ | ▇ |
| ▇ | ▇ | ▇ | | ▇ | ▇ |
| ▇ | ▇ | ▇ | | ▇ | ▇ |

Please make check payable to Willi Law Firm, P.C.  Thank you!

**Total**

| **Payments/Credits** | **Balance Due** | **Job Total Balance** |
|---|---|---|



# Invoice

100 Congress Avenue     Tel: (512) 288-3200
Suite 1530     Fax: (512) 288-3202
Austin, TX 78701-4042     www.willi.com

| DATE | INVOICE NO. |
|---|---|
| 4/2/2012 | 1593 |

  

**BILL TO**

Liveline Solutions, Inc.
Nathan Ewert
4611 Glenmore Rd.
Abbotsford, BC V4X 1X6
Canada

| TERMS | DUE DATE | PROJECT |
|---|---|---|
| Due on receipt | 4/2/2012 | |

| DATE | DESCRIPTION | HOURS | U/M | RATE | AMOUNT |
|---|---|---|---|---|---|
| ■ | ■ | ■ | | ■ | ■ |
| 3/28/2012 | JNW - Review plaintiffs' responses to defendants' motion to compel discovery; begin draft reply to defendants' motion to compel discovery. | 5.3 | | 350.00 | 1,855.00 |
| 3/29/2012 | JNW - Review and revise defendant's reply to motion to compel discovery; review letter from M. Paul regarding completion of discovery; review plaintiffs' supplemental responses to discovery. | 4.5 | | 350.00 | 1,575.00 |

Please make check payable to Willi Law Firm, P.C. Thank you!

**Total**

| **Payments/Credits** | **Balance Due** | **Job Total Balance** |
|---|---|---|



# Invoice

100 Congress Avenue  Tel: (512) 288-3200
Suite 1530  Fax: (512) 288-3202
Austin, TX 78701-4042  www.willi.com

| DATE | INVOICE NO. |
|---|---|
| 4/2/2012 | 1593 |

  

**BILL TO**

Liveline Solutions, Inc.
Nathan Ewert
4611 Glenmore Rd.
Abbotsford, BC V4X 1X6
Canada

| TERMS | DUE DATE | PROJECT |
|---|---|---|
| Due on receipt | 4/2/2012 | |

| DATE | DESCRIPTION | HOURS | U/M | RATE | AMOUNT |
|---|---|---|---|---|---|
| 3/29/2012 | TJW - Review response to motion to compel; review documents produced on March 12 referenced in response; review letters and correspondence between counsel on all outstanding discovery matters in motion to compel; review and revise reply to response to motion to compel production of documents and attachments. | 2.3 | | 350.00 | 805.00 |
| 3/30/2012 | JNW - Review and revise defendants' reply to motion to compel discovery; locate and prepare exhibits for attachment to reply. | 3.7 | | 350.00 | 1,295.00 |

Please make check payable to Willi Law Firm, P.C.  Thank you!

**Total**

**Payments/Credits**  **Balance Due**  **Job Total Balance**