IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION



| | |
|---|---|
| QUANTA SERVICES, INC. and § <br> QUANTA SERVICES OF CANADA LTD. § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> LIVELINE SOLUTIONS, INC., § <br> LARRY EWERT and NATHAN EWERT, § <br> § <br> Defendants. § | CIVIL ACTION NO. 4:11-cv-02398 <br><br> JURY DEMANDED |

## Stipulation of Infringement and Final Judgment

By Order dated July 31, 2012, the Court construed the language of Claim 1 of United States Patent No. 5,538,207 (the '207 Patent). In light of the Court's construction, defendant Liveline Solutions, Inc., now stipulates and acknowledges infringement of the '207 Patent and wishes to dismiss (with prejudice) all claims alleged by it in this proceeding. Specifically, defendant Liveline Solutions, Inc, Larry Ewert and Nathan Ewert stipulate and acknowledge that the '207 Patent is valid and enforceable, that the sole inventors of the '207 Patent are Daniel N. O'Connell and Clifford W. Devine and that the following products currently, and have since their inception, infringe one or more claims of the '207 Patent:

(1) models previously or currently designated as a PowerArm (including, without limitation, PowerArm 138 HV, PowerArm 138 HD, PowerArm 115 HD, PowerArm HV, PowerArm ST, PowerArm SubTrans, PowerArm 69 kV);

(2) models previously or currently designated as an Insulated Conductor Support Jibs or ICSJ (including, without limitation, ICSJ-HA) that includes at least one insulator positioned between a conductor holder and a boom or arm;

(3) models previously or currently designated as Flyin' Hotstick units and that include at least one insulator positioned between a conductor holder and a boom or arm; and

(4)  models previously or currently designated as LineLifter units and that include at least one insulator positioned between a conductor holder and a boom or arm.

The Court ORDERS that these stipulations of infringement and acknowledgment of validity and inventorship, BE and ARE HEREBY incorporated into this Final Judgment.

With this Stipulation of Infringement by defendant, LiveLine Solutions, Inc., Larry Ewert and Nathan Ewert, the parties have resolved all other claims and disputes in this matter. It is therefore ORDERED that all other claims and counterclaims alleged and sought in this matter are dismissed with prejudice. This dismissal with prejudice specifically includes dismissal of each and every claim and counterclaim alleged by defendants in their First Amended Answer, Affirmative Defenses, and Counterclaims filed on June 14, 2012 in this matter, including claims that the '207 Patent is invalid, unenforceable, or that the inventors engaged in inequitable conduct in obtaining the patent. Accordingly, Defendants take nothing on all of their claims alleged. Each party shall bear their own costs and attorney fees. This is a Final Judgment.

SIGNED this 28th day of September, 2012

Kenneth M. Hoyt
United States District Judge